IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FLAGSTAR BANK, FSB,

Appellant,

v.

MARIO A. JIMENEZ, ET AL.,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5

_____/

Opinion filed February 20, 2015.

An appeal from the Circuit Court for Okaloosa County.
Keith Brace, Judge.

Scott E. Zimmer and Lauren E. Plaisted of Law Offices of Daniel C. Consuegra,
P.L., Tampa, for Appellant.

No appearance for Appellee.

PER CURIAM.

     AFFIRMED.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.